UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>RATP DEV USA, INC., a Texas corporation,<br><br>Defendant. | No. 2:26-cv-02498-JHC<br><br>ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT |

/ / /

/ / /

The Court GRANTS the stipulated motion to extend the time by which Defendant RATP Dev USA, Inc. ("Defendant") must file an answer or responsive pleading (Dkt. # 5), and IT IS SO ORDERED: The time by which Defendant's answer or responsive pleading shall be filed is extended through and including September 16, 2026.

DATED this 14th day of August, 2026.

John H. Chun
United States District Judge