UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br>Plaintiff,<br>v.<br>RATP DEV USA, INC., a Texas corporation,<br>Defendant. | No. 2:26-cv-02498-JHC<br><br>ORDER GRANTING STIPULATED MOTION FOR SECOND EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT |

The Court GRANTS the stipulated motion to further extend the time by which Defendant RATP Dev USA, Inc. ("Defendant") must file an answer or responsive pleading, Dkt. # 10, and ORDERS:

1. The time by which Defendant's answer or responsive pleading shall be filed is extended through and including October 16, 2026.

//

//

DATED this 16th day of September, 2026.

John H. Chun
United States District Judge